# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

NAROSMI BODDO AUGUSTE-EL

Pro Se

In Care Of:

74 Madison Avenue

Everett, Massachusetts 02149

v.

GANCE PANCI, et al.



## REFERENCE PAGE – INDEX OF FILED DOCUMENTS

The following documents are submitted contemporaneously and are incorporated herein by reference for administrative and procedural clarity:

**Attachment 1**

Civil Cover Sheet (JS-44)

**Attachment 2**

Local Rule 40.1 Case Category Sheet (Attachment 3)

**Attachment 3**

Complaint for Declaratory, Injunctive, and Equitable Relief

**Attachment 4**

Emergency Motion for Temporary Restraining Order and Injunctive Relief

(Proposed Order included)

**Attachment 5**

Summons in a Civil Action (AO 440)

(One per named Defendant)

## Attachment 6

Application to Proceed in District Court Without Prepaying Fees or Costs

(Short Form – In Forma Pauperis)

## Attachment 6A

Addendum to Application to Proceed Without Prepaying Fees or Costs

(Rights Preservation and Financial Clarification Statement)

## Attachment 7

Administrative Cover Notice and Rights Preservation Statement

## Attachment 8

Notice of Lawsuit and Request for Waiver of Service of Summons (AO 398)

(Provided for service purposes; not filed unless returned executed)

## Attachment 8A

Waiver of Service of Summons (AO 399)

(To be executed by Defendants if service is waived)

## Attachment 9

Step-by-Step Guide – Proceeding In Forma Pauperis

(Informational reference only; not a pleading)

All documents are submitted **in care of** the address listed above.

All filings are made without prejudice and with all constitutional rights, treaty protections, and human rights expressly reserved.

Respectfully submitted,

**Narosmi Boddo Auguste-El**

Pro Se

*All rights reserved. Without prejudice.*

*Affirmed under protest and necessity.*

Date: ___31st December 2025_____

*/s/ All rights reserved. UCC308*