# DECLARATION OF CONTEXT, INHERITANCE, AND GRAVITY OF HARM

(For Record Preservation and Potential International Review)

I, **NAROSMI BODDO AUGUSTE-EL**, declare as follows:

1. This declaration is submitted **solely to preserve context** regarding inheritance, lineage, and the gravity of dispossession. It is **not asserted as a substitute for lawful process**, nor as a claim of exemption from jurisdiction.
2. My relationship to the land and habitation at issue includes inherited and ancestral connections commonly described in comparative law as **jus soli** and **jus sanguinis**. These doctrines are widely recognized as informing nationality, inheritance, and familial continuity.
3. Courts recognize that the **severity of harm** from dispossession may be informed by the nature of one's connection to property, even where the legal violation rests on **authority and process rather than status**.
4. This declaration does **not** assert that lineage defeats jurisdiction. The core legal claims in this matter arise from **authority failure, lack of adjudication, and ultra vires enforcement**, independent of ancestry.
5. This declaration is preserved for completeness of the record and for any future review in which the **context and gravity of harm** may be relevant, including human-rights-oriented review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th **day of January 2026**

Narosmi Boddo Auguste-El
Place: Everett, Massachusetts

*[Signature: Narosmi B Auguste-El]*
*all rights reserved and retained*
UCC 308