UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NAROSMI BODDE AUGUSTE-EL,**

**Plaintiff,**

**v.**

**MICHAEL J. SNYDER, et al.,**

**Defendants.**

**Civil Action No. 25-14024-DJC**

**ORDER**

**CASPER, C.J.** **September 22, 2026**

On April 27, 2026, the Court denied without prejudice Plaintiff's motion for leave to proceed *in forma pauperis*, D. 2, denied Plaintiff's emergency motion for temporary restraining order and preliminary injunction, D. 3, and denied Plaintiff's supplemental motion, D. 5. D. 27.

The Court informed Plaintiff that to proceed with this action, she must, on or before May 18, 2026, file a new motion for leave to proceed *in forma pauperis* and an amended complaint that states a basis for this Court's jurisdiction and states a plausible claim for relief. Id. at 7. The Court directed Plaintiff to file a new motion for leave to proceed *in forma pauperis* by submitting a completed Application to Proceed in District Court Without Prepaying Fees or Costs that is supplemented with additional information demonstrating how she is provided the basic necessities of life. Id. And the Court further informed Plaintiff that failure to comply with its Order on or before May 18, 2026, likely will result in dismissal of this action. Id.

On May 8, 2026, Plaintiff filed an amended complaint. D. 28. She subsequently has filed several notices. D. 29-32. To date, however she has not filed a new motion for leave to proceed *in forma pauperis*.

It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to follow the court's orders. Accordingly, for the failure to file a new motion for leave to proceed *in forma pauperis* as ordered by the Court on April 27, 2026, D. 27, this action is hereby dismissed without prejudice.

**SO ORDERED.**

/s Denise J. Casper
Denise J. Casper
United States District Judge